UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ANTHONY WILLIAM TORREZ, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> SEVIER COUNTY, TENNESSEE, and ) <br> JOHN DOES ) <br> ) <br> *Defendants*. ) | Case No. 3:21-cv-128 <br><br> Judge Travis R. McDonough <br><br> Magistrate Judge Debra C. Poplin |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum and Order filed contemporaneously herewith, Plaintiff's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Because the Court has **CERTIFIED** that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 /s/ LeAnna R. Wilson
  CLERK OF COURT